UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

TACOMA

| | |
|---|---|
| BYRON WESLEY DAWSON, JR, | Case No.: 2:16-cv-00854-TLF |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $5852.00, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Tha Win, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Tha Win, at 606 Maynard Ave

ORDER - 1

South, Suite 201, Seattle, WA 98104.

Dated this 17th day of May 2017.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

Presented by:

_____

Tha Win WSB #23217
Attorney for Plaintiff
606 Maynard Ave South, Suite 201
Seattle, WA 98104
Phone 206 903-0289
Fax 206 720-9710

ORDER - 2